# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 07, 2024

Caroline Heicklen Brunkow
FORSGREN & FISHER
Capella Tower, Suite 1500
225 S. Sixth Street
Minneapolis, MN 55402

RE: 24-3042 Gina Christopherson v. Cinema Entertainment Corp.

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Maureen W. Gornik
Acting Clerk of Court

ASL

Enclosure(s)

cc:     Clerk, U.S. District Court, District of Minnesota
       Bonnie Keane DelGobbo
       Scott Ferrier
       Matthew D. Forsgren
       Joel C. Griswold
       Ben Hutman
       Alexander T. Mastellar
       Renee Rogge

District Court/Agency Case Number(s): 0:23-cv-03614-NEB

**Caption For Case Number:   24-3042**

Gina Christopherson, individually and on behalf of all those similarly situated

        Plaintiff - Appellant

v.

Cinema Entertainment Corporation

        Defendant - Appellee

**Addresses For Case Participants: 24-3042**

Caroline Heicklen Brunkow
FORSGREN & FISHER
Capella Tower, Suite 1500
225 S. Sixth Street
Minneapolis, MN 55402

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415-0000

Bonnie Keane DelGobbo
BAKER & HOSTETLER
Suite 3700
One N. Wacker Drive
Chicago, IL 60606

Scott Ferrier
SADIS & GOLDBERG
21st Floor
551 Fifth Avenue
New York, NY 10176

Matthew D. Forsgren
FORSGREN & FISHER
Capella Tower, Suite 1500
225 S. Sixth Street
Minneapolis, MN 55402

Joel C. Griswold
BAKER & HOSTETLER
Suite 3700
One N. Wacker Drive
Chicago, IL 60606

Ben Hutman
SADIS & GOLDBERG
21st Floor
551 Fifth Avenue
New York, NY 10176

Alexander T. Mastellar
RINKE & NOONAN
1015 W. St. Germain Street
P.O. Box 1497
Saint Cloud, MN 56302

Renee Rogge
UNITED STATES COURTHOUSE
Room 1005
300 S. Fourth Street
Minneapolis, MN 55415