UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: Gina Christopherson vs. Cinema Entertainment Corporation

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-3042 for the following party(s): (please specify)

Cinema Entertainment Corporation

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Bonnie Keane DelGobbo    s/: Bonnie Keane DelGobbo

Firm Name: Baker & Hostetler LLP

Business Address: One N. Wacker Drive, Suite 3700

City/State/Zip: Chicago, Illinois 60606

Telephone Number (Area Code): 312-416-8185

Email Address: bdelgobbo@bakerlaw.com

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 10-8-2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: